| Date | Pleading Number | |
|---|---|---|
| 6/30/76 | 1 | MOTION, SCHEDULE, BRIEF, EXHIBITS A, B &C w/cert of service |
| | | Defendants: ALLEGHENY BEVERAGE CORP. |
| | | MORTON M. LAPIDES |
| | | HARRY J. CONN |
| | | VALU VEND, INC. |
| | | VALU VEND CREDIT CORP. |
| | | ANTHONY JOSEPH HERING |
| | | WILLIAM W. KANE |
| | | KLEIN & DAHNE |
| | | DAVID S. KLEIN |
| | | BARRY H. DAHNE |
| | | SUGGESTED TRANSFEREE FORUM: EASTERN DISTRICT OF MICHIGAN |
| 6/30/76 | 2 | JOINDER IN MOTION -- WRIGHT, ROBERTSON & DOWELL w/cert. of service |
| 7/9/76 | 3 | JOINDER IN MOTION -- SUBURBAN TRUST CO. w/cert. of service |
| 7/12/76 | 4 | JOINDER IN MOTION -- BENJAMIN BOTWINCK & CO. AND ALVIN I. MINDES w/cert. of service |
| 7/14/76 | | REQUEST FOR EXTENSION OF TIME -- MCLAUGHLIN & STERN, BALLEN AND MILLER GRANTED TO ALL TO JUL 29, 1976 |
| 7/15/76 | 5 | RESPONSE -- ROSALIND KASLE AND FRANK VITALE, ET AL. W/cert. of service |
| 7/22/76 | 6 | REPLY -- WRIGHT, ROBERTSON & DOWELL w/ cert. of service and Exhibit A |
| XXXXXXXXXXXXX | XXXX | PLEASE INSERT ABOVE XXXXXXXXX XXXXXXXXXXXXXXXXXXXXXX |
| 7/12/76 | | APPEARANCES -- Suburban Trust Company, John C. Joyce |
| | | WRIGHT, Robertson & Dowell, MICHAEL I. SMITH ESQ. |
| | | McLaughlin & Stern Ballen and Miller; ALFRED H. KRECKMAN |
| | | Frank Vitale and Joseph G. Emanuel, HERBERT E. MILSTEIN |
| | | Allegheny Berverage Co., MXXXXXXXXXXXXXXX |
| | | Morton M. Lapides |
| | | Harry J. Conn |
| | | Valu Vend, Inc. |
| | | Valu Vend Credit Corp. |
| | | Anthony Joseph Hering |
| | | William W. Kane |
| | | Klein & Dahne |
| | | David S. Klein |
| | | Barry H. Dahne, HARVEY D. MYERSON, ESQ. |
| | | Southern Capital, Paken Enterprises Inc., W.F.S., Inc. |
| | | Claude Leroy Dixon, W.F. Sparks, Kenneth E. Denson, RICHARD J. MEDALIE |
| | | Botwinck & Co. Alvin L. Mindes, MICHAEL B. LEWISTON |
| 7/15/76 | | Frank Vitale and Joseph G. Emanuel and Rosalind Kasle, HERBERT E. MILSTEIN ESQ. |
| 7/20/76 | | Miles A. Buhl, WILLIAM J. O'HARE, P.C. |
| XXXXXXXXXXXXX | XXXX | XXX END OF INSERTION XXXXXXXXXXXXX |
| 7/28/76 | 7 | REPLY -- McLaughlin, & Stern, Ballen and Miller w/ cert. of service |
| 8/2/76 | 8 | REPLY -- MOVANTS -- w/cert of service |
| 9/1/76 | | HEARING ORDER -- Setting A-1, A-2 & A-3 for hearing, Oct. 1., 1976 San Francisco, Calif. |
| 9/29/76 | | WAIVER OF ORAL ARGUMENT -- MCLAUGHLIN & SGERN, BALLEN AND MILLER AND SUBURBAN TRUST COMPANY |
| 11/1/76 | | CONSENT OF TRANSFEREE COURT -- For Judge Thornton to handle litigation in the Eastern District of Michigan Under 28 U.S.C. § 1407 |
| 11/1/76 | | MINUTE ORDER -- Transferring A-1 and A-3 to the E.D. Michigan for assignment to Judge THOMAS P. THORNTON under 28 U.S.C. §1407 |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p._____

DOCKET NO. 266 -- In re Allegheny Beverage Corp. Securities Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 6/20/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-4 Frank Vitale, et al. v. Allegheny Beverage Corp., S.D. New York, C.A. No. 79 Civ 2443  NOTIFIED INVOLVED JUDGES AND COUNSEL   (emh) |
| 7/6/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY (B-4) Vital, et al. v. Allegheny Beverage Corp., S.D.N.Y., C.A.No.79 Civ. 2443. Notified involved clerks and judges. (ea) |

11/1/76 *Unpublished Order*                Closed 6/6/80

DOCKET NO. 266 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MDL DOCKET NO. 266 -- IN RE ALLEGHENY BEVERAGE CORPORATION SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): 10/1/76
Date(s) of Opinion(s) or Order(s): 11/1/76
Consolidation Ordered: ✓
Consolidation Denied: ___
Name of Transferee Judge: Thomas P Thornton
Transferee District: E.D. Michigan

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | McLaughlin & Stern, Ballen & Miller v. Allegheny Beverage Corp. | D. Maryland Miller | M-76-702 | 11/1/76 | 76-72323 | 6/18/79 | |
| A-2 | Rosalind Kasle, et al. v. Allegheny Beverage Corp., et al. | E.D. Mich Thornton | 4-70581 | | reassignment to J Thornton out of 266 (closed) | | |
| A-3 | Frank Vitale and Joseph G. Emanuel v. Allegheny Beverage Corp., et al. | D. Md. Miller | M-76-693 | 11/1/76 | 76-72324 | 8/23/77 | |
| B-4 | Frank Vitale, et al. v. Allegheny Beverage Corp. 6/20/79 | S.D.N.Y. Pierce | 79 Civ 2443 | 7/6/79 | 79-71268 | 6/6/80 on Appeal | |

July 1980 — Same
July 1981 — Closed

3 TR
1 XXZ
---
4
-3 dis
-1 Leased
---
0

p. \_\_\_\_\_

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 266 -- IN RE ALLEGHENY BEVERAGE CORP. SECURITIES LITIGATION

| X~~Plaintiff~~ | ~~Defendant~~X |
|---|---|
| McLAUGHLIN, STERN, BALLEN & MILLER (A-1)<br>Alfred H. Kreckman, Jr. Esquire<br>Weinberg and Green<br>10 Light Street, 20th Floor<br>Baltimore, Maryland  21202 | BENJAMIN BOTWINICK & CO.<br>ALVIN I. MINDES<br>Michael B. Lewiston, Esquire<br>Bodman, Longley, Bogle, Armstrong<br>    & Dahling<br>1400 Buhl Building<br>Detroit, Michigan  48226 |
| ROSALIND KASLE, ET AL. (A-2)<br>FRANK VITALE AND JOSEPH G. EMANUEL (A-3)<br>Herbert E. Milstein, Esquire<br>Kohn, Savett, Marion & Graf<br>1776 K Street, N.W.<br>Washington, D.C.  20006 | SUBURBAN TRUST COMPANY<br>John C. Joyce, Esquire<br>Duckett, Orem, Christie & Beckett<br>6401 New Hampshire Avenue<br>Hyattsville, Maryland  20783 |
| ALLEGHENY BEVERAGE CORP.<br>MORTON M. LAPIDES<br>HARRY J. CONN<br>VALUE VEND, INC.<br>VALUE VEND CREDIT CORP.<br>ANTHONY JOSEPH HERING<br>WILLIAM W. KANE<br>KLEIN & DAHNE<br>DAVID S. KLEIN<br>BARRY H. DAHN<br>Harvey D. Myerson, Esquire<br>Webster & Sheffield<br>1 Rockefeller Plaza<br>New York, New York  10020 | FIRST DUSO SECURITIES CORP.<br>35 Market Street<br>Poughkeepsie, New York  12601<br><br>MILES A. BAHL, ESQUIRE<br>William J. O'Hare, Esquire<br>297 Mill Street<br>Poughkeepsie, New York  12601<br><br>LIAISON COUNSEL FOR PLAINTIFFS<br><br>T. John Lesinski, Esquire<br>Schlussel, Lifton, Simon, Rands<br>   Kaufman & Lesinski<br>29201 Telegraph Ste. 500<br>Southfield, Mich.  48034 |
| WRIGHT, ROBERTSON & DOWELL<br>Michael I. Smith, Esquire<br>Freedman, Levy, Kroll & Simonds<br>1730 K Street N.W.<br>Washington, D.C.  20006 | FRANK VITALE, ET AL. (B-4)<br>  (Same As A-2 and A-3) |
| SOUTHERN CAPTIAL CORPORATION<br>PAKEN ENTERPISES INC.<br>W. F. S. INC<br>CLAUDE LEROY DIXON<br>W. F. SPARKS<br>KENNETH E. DENSON<br>Richard J. Medalie, Esq.<br>Friedman, Medalie and Ochs<br>1700 Pennsylvania Ave. N.W.<br>Washington, D.C.  20006 | DAVID S. KLEIN<br>2217 Cross Country Road<br>Baltimore, Md. |

p. _____

| Plaintiff | Defendant |
|---|---|
| Barry H. Dahne<br>1101 N. Calvert St.<br>Baltimore, Md.  21202 | |

| Plaintiff | Defendant |
|---|---|

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 266 -- In re Allegheny Beverage Corporation Securities Litigation
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ALLEGHENY BEVERAGE CORP. | A-1  A-2  A-3  B-4 |
| MORTON M. LAPIDES | A-1  A-2  A-3  B-4 |
| VALUE VEND, INC. | A-1  A-2  A-3  B-4 |
| VALU VEND CREDIT CORP. | A-1  A-2  A-3  B-4 |
| JOSEPH HERING | A-2  A-3  B-4 |
| WILLIAM W. KANE | A-2  A-3  B-4 |
| FIRST DUSO SECURITIES CORP. | A-2  A-3  B-4 |
| MILES A. BAHL | A-3  B-4 |
| BENJAMIN BOTWINCK & CO. | A-2  A-3  B-4 |
| ALVIN I. MINDES | A-3  B-4 |

| | |
|---|---|
| KLEIN & DAHNE, | A-2  A-3  B-4 |
| LEROY DIXON | A-2  A-3  B-4 |
| PAKEN ENTERPRISES, INC. | A-2  A-3  B-4 |
| W. F. S., INC. | A-2  A-3  B-4 |
| KENNETH E. DENSON | A-2  A-3  B-4 |
| W. F. SPARKS | A-2  A-3  B-4 |
| SUBURBAN TRUST CO. | A-2  A-3  B-4 |
| WRIGHT, ROBERTSON & DOWELL | A-2  A-3  B-4 |
| MCLAUGHLIN & STERN | A-2  A-3  B-4 |
| BALLEN & MILLER | A-2  A-3  B-4 |
| HARRY J. CONN | A-1  A-2  B-4 |

JP Form 3                                                            p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 266 -- In re Allegheny Beverage Corporation Securities Litigaiton

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| BART DAHNE | A-2 |
| SOUTHERN CAPITAL CORP. | A-2  B-4 |
| David S Kleen | B-4 |
| Barry H ~~Dumm~~ DAHNE | B-4 |
| ~~[struck out]~~ | B-4 |

JP Form 3                                                            p. 3