DOCKET NO. 266

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ALLEGHENY BEVERAGE CORPORATION LITIGATION

NOV -1 1976

11/1/76

TRANSFER ORDER

The Panel having ruled from the bench at the hearing on this matter that the actions in this litigation raise common questions of fact and that their transfer to the Eastern District of Michigan under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation,

IT IS ORDERED that the actions listed on the attached Schedule A and pending in districts other than the Eastern District of Michigan be, and the same hereby are, transferred to the Eastern District of Michigan and, with the consent of that court, assigned to the Honorable Thomas P. Thornton for coordinated or consolidated pretrial proceedings pursuant to Section 1407 with the action already pending there and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A

| DISTRICT OF MARYLAND | DOCKET NO. 266 |
|---|---|
| McLaughlin & Stern, Ballen & Miller v. Allegheny Beverage Corp. | Civil Action No. M76-702 |
| Frank Vitale and Joseph G. Emanuel v. Allegheny Beverage Corp., et al. | Civil Action No. M76-693 |
| EASTERN DISTRICT OF MICHIGAN | |
| Rosalind Kasle, et al. v. Allegheny Beverage Corp., et al. | Civil Action No. 4-70581 |